Hileman, Appellant, *v.* The Patriot-News Company et al.

Argued March 12, 1974. *Jerome T. Foerster,* with him *Richard W. Cleckner,* and *Cleckner and Fearen,* for appellant; *James H. Stewart, Jr.,* with him *Bruce M. Eckert,* and *Mauman, Smith, Shissler & Hall,* for appellees.

Order affirmed.